# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Martin, Brenda K. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Arizona | 3. Date of Report<br><br>05/12/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
230 N. First Avenue
Phoenix, AZ 85003

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | BrenDan Acquisitions, LLC |
| 2. Trustee | Helsinki Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Midwestern University (salary and bonus) |
| 2. | Spring/Fall 2019 | Western Regional Examiners Board (proctor fee) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 30-November 1, 2019 | Washington, DC | Conference | Lodging |
| 2. | ABI | March 3-5, 2019 | New York, NY | Moot court judge | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martin, Brenda K.** | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.    Arizona State University Law School | Sandra Day O'Connor Justice Prize Dinner | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martin, Brenda K.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America Corp. (cash) | A | Interest | M | T | | | | | |
| 3. Chase Bank (cash) | A | Interest | L | T | | | | | |
| 4. WAVI Co | | None | L | T | | | | | |
| 5. ACCT #1 (H) | | | | | | | | | |
| 6. Charles Schwab Bank Sweep Account (cash) | A | Interest | M | T | | | | | |
| 7. Columbia Seligman Comm (SLMCX) | C | Dividend | K | T | | | | | |
| 8. Davis NY Venture (NYVTX) | B | Dividend | K | T | | | | | |
| 9. Invesco European Growth (AEGSX) | A | Dividend | K | T | | | | | |
| 10. Ivy Asset Strategy Fund (WASAX) | B | Dividend | K | T | | | | | |
| 11. Miller Oppty Trust FI (LMOFX) | | None | K | T | | | | | |
| 12. PGIM Jennison Natural Resources Fd A (PGNAX) | A | Dividend | J | T | | | | | |
| 13. Vanguard Intl Value Fund (VTRIX) | | None | J | T | | | | | |
| 14. ACCT #2 (H) | | | | | | | | | |
| 15. TD Bank USA FDIC Money Market (cash) | A | Interest | K | T | | | | | |
| 16. Blackrock High Yield Bond A (BHYAX) | B | Dividend | K | T | | | | | |
| 17. Fidelity Investment Grade Bond Fund (FBNDX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martin, Brenda K.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Ivy International Core Equity Fund (IVVYX) | A | Dividend | K | T | Buy (add'l) | 03/13/19 | J | | |
| 19. | | | | | Sold (part) | 06/25/19 | J | | |
| 20. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 21. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 22. | | | | | Sold (part) | 11/06/19 | J | | |
| 23.  JP Morgan Value Advantage (JVAIX) | C | Dividend | L | T | Buy (add'l) | 03/14/19 | J | | |
| 24. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 25. | | | | | Sold (part) | 06/18/19 | J | | |
| 26. | | | | | Sold (part) | 06/19/19 | J | | |
| 27. | | | | | Sold (part) | 06/25/19 | J | | |
| 28. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 29. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 30. | | | | | Sold (part) | 11/06/19 | J | | |
| 31.  Legg Mason Clearbridge Large Cap Growth I (SBLYX) | C | Dividend | L | T | Buy (add'l) | 03/14/19 | J | | |
| 32. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 33. | | | | | Sold (part) | 06/18/19 | J | | |
| 34. | | | | | Sold (part) | 06/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martin, Brenda K.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 06/25/19 | J | | |
| 36. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 37. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 38. | | | | | Sold (part) | 11/06/19 | J | | |
| 39. Principal Small Cap Growth Inst (PGRTX) | B | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 40. | | | | | Sold (part) | 06/18/19 | J | | |
| 41. | | | | | Sold (part) | 06/19/19 | J | | |
| 42. | | | | | Sold (part) | 06/25/19 | J | | |
| 43. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 44. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 45. | | | | | Sold (part) | 11/06/19 | J | | |
| 46. TIAA-CREF Inflation Linked Bond Advisor (TIIHX) | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Advantage Government Secs (SGVIX) | A | Dividend | K | T | | | | | |
| 48. ACCT #3 (H) | | | | | | | | | |
| 49. TD Bank USA FDIC Money Market (cash) | A | Interest | K | T | | | | | |
| 50. Blackrock High Yield Bond A (BHYAX) | B | Dividend | K | T | | | | | |
| 51. Fidelity Investment Grade Bond Fund (FBNDX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martin, Brenda K.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Ivy International Core Equity Fund (IVVYX) | A | Dividend | K | T | Buy (add'l) | 03/13/19 | J | | |
| 53. | | | | | Sold (part) | 06/25/19 | J | | |
| 54. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 55.  JP Morgan Value Advantage (JVAIX) | C | Dividend | L | T | Sold (part) | 02/07/19 | J | | |
| 56. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 57. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 58. | | | | | Sold (part) | 06/18/19 | J | | |
| 59. | | | | | Sold (part) | 06/19/19 | J | | |
| 60. | | | | | Sold (part) | 06/25/19 | J | | |
| 61. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 62. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 63. | | | | | Sold (part) | 11/06/19 | J | | |
| 64.  Legg Mason Clearbridge Large Cap Growth I (SBLYX) | C | Dividend | L | T | Sold (part) | 02/07/19 | J | | |
| 65. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 66. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 67. | | | | | Sold (part) | 06/18/19 | J | | |
| 68. | | | | | Sold (part) | 06/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martin, Brenda K.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/25/19 | J | | |
| 70. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 71. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 72. | | | | | Sold (part) | 11/06/19 | J | | |
| 73. Principal Small Cap Growth Inst (PGRTX) | C | Dividend | K | T | Sold (part) | 02/07/19 | J | | |
| 74. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 75. | | | | | Sold (part) | 06/18/19 | J | | |
| 76. | | | | | Sold (part) | 06/19/19 | J | | |
| 77. | | | | | Sold (part) | 06/25/19 | J | | |
| 78. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 79. TIAA-CREF Inflation Linked Bond Advisor (TIIHX) | A | Dividend | K | T | | | | | |
| 80. Wells Fargo Advantage Government Secs (SGVIX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: BrenDan Acquistions, LLC is not reportable and contains no reportable assets.

Part I, line 2: Reportable holdings of the Helsinki Trust are listed in Part VII.

Part VII, line 4: The most recent valuation of this holding took place in 2011. It is not currently traded, so a better market valuation is not available.

Name change: ClearBridge Large Cap Growth I (SBLYX) is now Legg Mason ClearBridge Large Cap Growth I (SBLYX).

Name change: Nuveen Inflation Protected Securities (FISFX) is now TIAA-CREF Inflation Linked Bond Advisor (TIIHX).

Symbol changes: BHYAX was BHYIX, IVVYX was IVIAX, and JVAIX was JVAYX.

For greater clarity, 2018 Account #2 has been separated into Account #2 and Account #3 in this report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brenda K. Martin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544